

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2020

Direct Dial: (212) 468-5591
rlash@hlnylaw.com

February 17, 2020

<u>Via ECF</u>
Hon. Analisa Torres
United States District Judge
500 Pearl Street
New York, New York 10007

   Re: *Dakey v. Dahlia, Inc.*, Case No. 1:19-cv-09445 (AT)

Dear Judge Torres:

  We represent Plaintiff in this matter. As indicated in Defendants' counsel's recent letter to the Court, the parties have reached a settlement in principal. The Court issued an Order requiring the parties to submit a letter motion in support of the settlement, together with a copy of the settlement agreement, by February 18, 2020 (Doc. 20).

  We write to request a brief, one week, extension of time to submit the letter motion and settlement agreement, to February 25, 2020. The parties anticipate that they will making final changes to the settlement agreement and executing the agreement this week, and will be in position to submit the agreement and a joint letter motion supporting the fairness of the settlement by February 25. Defendants' counsel joins in this request. This is the parties' first request for this relief.

              Respectfully submitted,

              Robert L. Lash

GRANTED. By **February 25, 2020**, the parties shall submit their letter motion and settlement agreement.

SO ORDERED.

Dated: February 18, 2020
   New York, New York

ANALISA TORRES
United States District Judge