

Representing Management Exclusively in Workplace Law and Related Litigation

**Jackson Lewis P.C.**
**666 Third Avenue**
**New York NY 10017-4030**
**Tel 212 545-4000**
**Fax 212 972-3213**

**www.jacksonlewis.com**

| | | | |
|---|---|---|---|
| ALBANY, NY | DETROIT, MI | MILWAUKEE, WI | RALEIGH, NC |
| ALBUQUERQUE, NM | GRAND RAPIDS, MI | MINNEAPOLIS, MN | RAPID CITY, SD |
| ATLANTA, GA | GREENVILLE, SC | MONMOUTH COUNTY, NJ | RICHMOND, VA |
| AUSTIN, TX | HARTFORD, CT | NEW ORLEANS, LA | SACRAMENTO, CA |
| BALTIMORE, MD | HONOLULU, HI | NEW YORK, NY | SALT LAKE CITY, UT |
| BERKELEY HEIGHTS, NJ | HOUSTON, TX | NORFOLK, VA | SAN DIEGO, CA |
| BIRMINGHAM, AL | INDIANAPOLIS, IN | OMAHA, NE | SAN FRANCISCO, CA |
| BOSTON, MA | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN JUAN, PR |
| CHARLOTTE, NC | KANSAS CITY REGION | ORLANDO, FL | SEATTLE, WA |
| CHICAGO, IL | LAS VEGAS, NV | PHILADELPHIA, PA | SILICON VALLEY, CA |
| CINCINNATI, OH | LONG ISLAND, NY | PHOENIX, AZ | ST. LOUIS, MO |
| CLEVELAND, OH | LOS ANGELES, CA | PITTSBURGH, PA | TAMPA, FL |
| DALLAS, TX | MADISON, WI | PORTLAND, OR | WASHINGTON DC REGION |
| DAYTON, OH | MEMPHIS, TN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| DENVER, CO | MIAMI, FL | PROVIDENCE, RI | |

MY DIRECT DIAL IS:  (212) 545-4075
MY EMAIL ADDRESS IS:  Ryan.Chapoteau@JacksonLewis.com

April 3, 2020

**VIA ECF**
Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:      Dakey v. Dahlia, Inc., et al.
                       Civil Action No.:  1:19-cv-09445 (AT)

Dear Judge Torres:

       We are counsel for Defendants in the above-referenced matter.  In light of the coronavirus pandemic, Dahlia, Inc., like many other small businesses, was required to permanently close on March 19, 2020.  As a flower shop, it is a non-essential business that is legally mandated to stay closed for the foreseeable future.  While the parties reached a settlement still pending approval by Your Honor, it is an impossibility for Defendants to abide by the financial terms of the proposed settlement even if Your Honor grants approval due to this unprecedented crisis.  We have communicated Defendants' economic condition to opposing counsel but have been unable to come to an agreement on a modified resolution.

       As opposing counsel has not consented to this proposal, Defendants believe a third-party is necessary to assist the parties renegotiate an agreement during these extraordinary times.  Accordingly, Defendants respectfully request that Your Honor assign this matter to a Magistrate Judge for the purposes of a settlement conference or direct the parties to participate in the Court's mediation program.  We are available if Your Honor wishes to schedule a teleconference to discuss further.



Thank you very much for your consideration.

          Respectfully submitted,
          JACKSON LEWIS P.C.

          s/Ryan C. Chapoteau
          Ryan C. Chapoteau

cc:    Counsel of Record (*via ECF*)